NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUSTMAN FREIGHT LINES, INC.,**
*Appellant*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Appellee*

---

2015-1373

---

Appeal from the United States Postal Service Board of Contract Appeals in No. 6428, Administrative Judge Gary E. Shapiro.

---

**JUDGMENT**

---

DAVID PAUL HENDEL, Husch Blackwell LLP, Washington, DC, argued for appellant. Also represented by STEVEN ALLEN NEELEY, JR.

ERIC JOHN SINGLEY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., BRYANT G. SNEE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 11, 2016
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court